IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KENNETH DWIGHT JACKSON | § | |
| V. | § | CIVIL ACTION NO. 6:07CV192 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the above-styled case is hereby **DISMISSED** with prejudice with regard to Petitioner's claims concerning the disciplinary case and the denial of parole. It is further

**ORDERED** that Petitioner's claim regarding the validity of his underlying conviction is hereby **DISMISSED** without prejudice, with the proviso that Petitioner may not refile it until such time as he has obtained permission from the Fifth Circuit Court of Appeals to file a successive petition. Finally, it is

**ORDERED** that a certificate of appealability be denied *sua sponte*. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 15th day of February, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**